United States District Court
Western District of Arkansas
Texarkana Division

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
FEB 03 2016
DOUGLAS F. YOUNG, Clerk
By
Deputy Clerk

William Willis

VS

Tyson RiverValley Animal Foods

## I

Come now Mr. William Willis, And I State these facts as to be true

## II

I William Willis States these facts as to be true, On November 21st 2015 I William Willis, Was trying to get the door down but it was jammed So I went to stock room and got an crow bar from Mr. Andre Wood and preceeded back to the export door with crow bar on my shoulder, and at that time Mr. Jay Miller asked me what did I have the crow bar for and continued walking and he followed me to the door, and at that time Mr. Andre Morine was on the skylift, Mr. Jay Miller asked me again what did I need the crow bar for, and at that time I told him to unjam the door. Next thing I

knew Mr. Miller had left and came back with the Supervisor Mrs. Ruby Baker, at that time I just walked off.

## III

I gave Andre Morine the crowbar so he could use it to let the door down After that I walked back to my department and started back to work.

## IV

Mr. Jay Miller went and wrote a statement to the Assistant Plant manager Mr. Charles Blankenship

## V

Mr. Blankenship then called me in and said to me that Mr. Jay Miller had made a statement that I had threathened him with the crowbar, And then I was asked to make a statement concerning that matter, And at that time, I refused to do so because I wasn't guilty of any thing.

## VI

Mr. Charles Blankenship told me that because I would not make an statement he sent me home and said he was

going to turn it over to Human resource

## VII

I return to work on November 25th 2015 I talked to Charles Blankenship and plant manager Mr. Dan Crow and at that time I told them my story as to what happen with the Crowbar and he said it was going to be investigated by Corporate Office. On December the 5th 2015 Janelle ~~Coffman~~ Kaufman Called me and told me I was terminated

## VIII

I have a witness name Gordon Maxwell who written a statement stating I never threatened ~~any~~ any one,



## IX

I feel as though I was unjustly terminated, and prejudice was put against me, And for that Cause, I bring this $100,000 lawsuit for my punitive damage as to discrimination and unjust termination

Submitted this _SAT 23_ date
of _SAN_ month, and _2016_
year


X _William C Willis_

Wittiness _J. C. Otto Collins_

Wittiness _Robert Norte_

William C Willis
3116 Walnut St
Texarkana Tx.
75501

SHREVEPORT LA 711

25 JAN 2016 PM 4 T

FOREVER

USA

United State District Court
Office Of The Clerk
500 N State Line
Texarkana Arkansas
71854

71854$5951