IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM C. WILLIS                                                                                        PLAINTIFF

vs.                                              Civil No. 4:16-cv-04013

TYSON RIVER VALLEY
ANIMAL FOODS                                                                                          DEFENDANT

## REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

On February 3, 2016, Plaintiff filed a *pro se* Complaint against Defendant together with Motion for Leave to Proceed in forma pauperis (IFP).  ECF No. 1 and 3.  This Complaint alleged discrimination and wrongful termination by Defendant.  ECF No. 1.  On February 19, 2016, an Order was entered denying Plaintiff's Motion for Leave to Proceed *in forma pauperis* ("IFP") application and Plaintiff was directed to pay the filing fee of $400.00 within twenty (20) days of the date of the order.  ECF No. 4. Plaintiff was informed that failure to do so would subject the Complaint to dismissal.  *Id.*  Plaintiff has not paid the filing fee.

Based upon Plaintiff's failure to comply with a court order, this Court recommends that Plaintiff's case be **DISMISSED**.

**The parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court. See  Thompson v. Nix, 897 F.2d 356, 357 (8th Cir. 1990).**

ENTERED this 16th day of March 2016.

                                                                    s/  Barry A. Bryant
                                                                    HON. BARRY A. BRYANT
                                                                    U. S. MAGISTRATE JUDGE