IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

WILLIAM C. WILLIS                                                                                  PLAINTIFF

vs.                                           Civil No. 4:16-cv-04013

TYSON RIVER VALLEY
ANIMAL FOODS                                                                                    DEFENDANT

## ORDER

    Before the Court is the Report and Recommendation filed on March 16, 2016 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 5.  Judge Bryant recommends that Plaintiff's Complaint (ECF  No. 1) be dismissed.  No objections have been filed to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1).

    The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety.  Therefore, Plaintiff's case should be and hereby is **DISMISSED.**

    **IT IS SO ORDERED**, this 13th day of April, 2016.

                                                                      /s/ Susan O. Hickey
                                                                      Susan O. Hickey
                                                                       United States District Judge